HARRY H. DURYEA, Appellant, v. LINDSLEY TAPPIN, Respondent,
Impleaded with Another.— Judgment modified so as to provide that the
expense of the liquidation proceedings be divided equally between the
plaintiff and the defendant Tappin, and as modified affirmed, without
costs. No opinion. Order to be settled on notice. Present — Clarke,
P. J., Laughlin, Smith, Page and Shearn, JJ.

ISADORE GREENSPAN, an Infant, by MORRIS GREENSPAN, His Guardian
ad Litem, Respondent, v. HENRY WATERMAN and Another, Copartners,
etc., Appellants.— Judgment and order reversed, new trial ordered, costs to
appellant to abide event, unless plaintiff stipulate to reduce verdict to
$3,000; in which event, judgment as so modified and order affirmed, without
costs. Order to be settled on notice. Present — Clarke, P. J., Laughlin,
Smith, Page and Shearn, JJ.; Shearn, J., dissented.

ROSE STEIN, Appellant, v. JOSEPH STEIN, Respondent.— Judgment
affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin,
Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT
GLANZROCK, Appellant.— Judgment affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

LOUIS GREENBERG, Respondent, v. ROBERT MARSH, Impleaded with
DEFENDER CONSTRUCTION COMPANY and Another, Appellants. (Nos. 1 and
2.)— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J.,
Laughlin, Smith, Page and Shearn, JJ.

JOSEPH BELLER, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD
COMPANY, Appellant.— Judgment affirmed, with costs. No opinion.
Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BESSIE GEYER, as Administratrix, etc., Respondent, v. NEW YORK
CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment affirmed, with
costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and
Shearn, JJ.; Clarke, P. J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH
VALENTI, Appellant.— Judgment and order reversed and defendant dis-
charged on the ground that the evidence is insufficient to sustain a judg-
ment of conviction of the crime charged. Order to be settled on notice.
Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

NATIONAL SURETY COMPANY, Respondent, v. WILLIAM H. SEAICH,
Appellant.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

EDWARD H. ROGERS v. MATTHEW PAYNE DENTAL AND SURGICAL MANU-
FACTURING COMPANY.— Motion granted, with ten dollars costs. Present
— Dowling, Smith, Page, Shearn and Merrell, JJ.